IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Owens, Monica E

Printed: 12/19/07

Case Number: 05 B 37503
Judge: Goldgar, A. Benjamin
Filed: 9/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 24, 2007
Confirmed: November 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,755.00 |  |
| Secured: |  | 12,752.65 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 700.35 |
| Other Funds: |  | 302.00 |
| Totals: | 13,755.00 | 13,755.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 2. | Real Time Resolutions | Secured | 2,406.28 | 167.40 |
| 3. | Wilshire Credit Corp | Secured | 6,223.89 | 800.33 |
| 4. | Nuvell Financial Services | Secured | 24,648.71 | 11,784.92 |
| 5. | Real Time Resolutions | Unsecured | 0.00 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,278.88 | $ 12,752.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 258.22 |
| 5% | 90.60 |
| 4.8% | 188.45 |
| 5.4% | 163.08 |
|  | _____ |
|  | $ 700.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Owens, Monica E | Case Number:  05 B 37503 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  12/19/07 | Filed:  9/15/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

